F. M. MULLEN v. NORFOLK AND NORTH CAROLINA CANAL
COMPANY.

*Petition to Rehear.*

Where, upon a petition to rehear a case decided in this Court, it does not appear that the decision was hastily made, or that any material point of fact or law, or any direct authority, was overlooked, the rehearing will be refused.

Petition to rehear the case between the same parties decided at February Term, 1894, and reported in 114 N. C., page 8.

*Mr. W. J. Griffin,* for petitioner.
*Messrs. Battle & Mordecai* and *W. D. Pruden,* for defendant.

PER CURIAM. This is a petition to rehear a case in which the opinion was filed last term, 114 N. C., 8. It does not appear that it was decided hastily, nor that any material point of fact or law, or any direct authority, was overlooked. The petition must, therefore, be dismissed. *Hudson* v. *Jordan,* 110 N. C., 250, and cases cited in Clark's Code (2d edition), 712.                      Petition dismissed.